**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 471 EAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 2460 EDA 2015 entered on
: September 22, 2017, **reversing and**
JAMES POWELL, : **remanding** the Order of the
: Philadelphia County Court of Common
Petitioner : Pleas at No. MC-51-CR-0048966-
: 2012 entered on July 31, 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to the Superior Court for further consideration in light of our decision in *Commonwealth v. Perfetto*, ___A.3d ___, 2019 WL 1866653 (Pa. April 26, 2019).